UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SENSIENT TECHNOLOGIES CORPORATION, et al., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:08CV00336 ERW |
| SENSORYEFFECTS FLAVOR COMPANY, et al. | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [doc. #77] is **GRANTED.** All of Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

Dated this 12th day of June, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE